675 A.2d 710

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Ray L. GENTILE, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1995.

Decided May 20, 1996.

Joseph P. Green, Jr., West Chester, for Ray L. Gentile.

Stuart Suss, West Chester, Nicholas J. Casenta, Jr., for Com.

G.D. Anthony, Harrisburg, for Judicial Conduct Bd.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY and CASTILLE, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.